UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV - 9 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL ROSALES-TRUJILLO, JR. (01),<br><br>Defendant. | CASE NO. 91CR1166-AJB<br><br>JUDGMENT OF DISMISSAL |
|---|---|

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ the Court has dismissed the case for unnecessary delay; or

__X__ of the offense(s) as charged in the Indictments:

> 21:841(a)(1), 846 -Conspiracy to manufacture Methamphetamine
> 21:841(a)(1),18:2 aid & abet -Manufacture of Methamphetamine
> 21:856(a)(2),846 -Consp to establish a place for a drug operation
> 21:856(a)(2),18:2 aid & abet establishment of a place for a drug operation
> 18:1956(a)(1)(A)(i),18:2 aid & abet money laundering
> 26:7206 - Subscribing to a false tax return

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/17/11

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE